JS-6

1  **SHOOK HARDY & BACON, L.L.P.**
   Amir Nassihi (SBN 235936)
2  anassihi@shb.com
   Andrew Chang (SBN 222309)
3  achang@shb.com
   M. Kevin Underhill (SBN 208211)
4  kunderhill@shb.com
   One Montgomery Street, Suite 2600
5  San Francisco, CA 94104-4505
   Telephone: (415) 544-1900
6  Facsimile: (415) 391-0281

7  **DYKEMA GOSSETT PLLC**
   John M. Thomas (SBN 266842)
8  jthomas@dykema.com
   2723 South State Street, Suite 400
9  Ann Arbor, MI 48104
   Telephone: (734) 214-7613
10 Facsimile: (734) 214-7696

11 **GORDON REES SCULLY MANSUKHANI, LLP**
   Spencer P. Hugret (SBN 240424)
12 shugret@grsm.com
   Amy Maclear (SBN 215638)
13 amaclear@grsm.com
   275 Battery Street, Suite 2000
14 San Francisco, CA 94111
   Telephone: (415) 986-5900
15 Facsimile: (415) 986-8054

16 *Co-Lead Counsel for Defendant Ford Motor Company*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | Case No.: 2:18-cv-01893-AB-FFM <br><br> Case No.: 2:18-ml-02814-AB-PVC <br><br> Assigned to Hon. Andre Birotte, Jr. Courtroom: 7B |
| THIS DOCUMENT RELATES ONLY TO: <br><br> *Hobart, Jeff v. Ford Motor Company, et al.* <br> Case No. 2:18-cv-01893-AB-FFM | **JUDGMENT UPON ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

[PROPOSED] JUDGMENT
CASE NO. 2:18-ml-02814-AB-PVC

1  On March 29, 2021, this Court issued an Order granting Defendant Ford Motor Company's Motion for Summary Judgment (2:18-ml-02814, Dkt. No. 1090).

**THEREFORE, BY REASON OF SAID ORDER, IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED THAT:**

Judgment is hereby entered in favor of Defendant Ford Motor Company as to all causes of action and allegations asserted against it in Plaintiff Jeff Hobart's Complaint. Plaintiff shall take nothing from Defendant by way of his Complaint and Defendant shall recover its fees and costs as provided by law.

**IT IS SO ORDERED.**

Dated: April 9, 2021

HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 275 Battery Street, 20th Floor, San Francisco CA 94111.

On the date set forth below, I served on the party listed below the foregoing document(s) described as:

**[PROPOSED] JUDGMENT UPON ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 5, 2021**, at San Francisco, California.

                /s/ *Maria T. San Juan*
                Maria T. San Juan